CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Miguel Angel Estrada Jr.**<br>DOB: 2004; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-08691MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about March 4, 2026, in the District of Arizona, **Miguel Angel Estrada Jr.,** knowing and in reckless disregard of the fact that certain illegal aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On March 4, 2026, in the District of Arizona (Sells), Border Patrol agents (BPAs) were assigned to patrol duties on Federal Route (FR) 19 near Sells, Arizona on the Tohono O'odham Nation (TON). FR 19 is a north/south paved road that runs from Sells to the border on the TON, which is a common smuggling area. Along FR 19 there are sparse villages and small local populations. There are desolate conditions on the east and west side of FR 19 which make it ideal for smuggling activities. At approximately 2:59 p.m., BPAs received an alert to be on the lookout for a white 2012 Hyundai Genesis bearing Arizona license plate 3STRAD4 travelling on State Route (SR) 86. The Hyundai was suspected of being involved in smuggling activities. BPAs set up on SR 86 at mile marker 118 near the Ali Chuckson turnoff. Ali Chuckson is a small village that is a common pick-up location for drivers to pick up illegal aliens. After a few minutes, BPAs observed the Hyundai driving north out of Ali Chuckson and east onto SR 86. The Hyundai was only in the area for 27 minutes and quick turnarounds are a common tactic used by smuggling organizations to avoid law enforcement. As BPAs pulled behind the Hyundai, the driver pumped the brakes, swerved in the lane, looked in his rearview mirror, and threw up his arm in apparent frustration. BPAs initiated a vehicle stop and the Hyundai yielded near mile marker 136. As BPAs approached the Hyundai, they noticed two males lying on the floor of the backseat attempting to conceal their faces. BPAs asked the driver, identified as **Miguel Angel Estrada Jr.,** if there were any weapons in the vehicle and he stated, "Yes, my personal is on my waistband." **Estrada** was instructed to keep his hands on the steering wheel, and he complied. A Glock 19X 9mm pistol, serial number ALUR015, was removed from **Estrada**'s waistband and secured in a Border patrol vehicle. BPAs removed **Estrada** from the vehicle and asked him if there were any individuals in the trunk and he replied, "Yes", while nodding. BPAs removed the two individuals from the backseat of the vehicle and two more individuals from the trunk.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE:

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 5, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Price

**Continued from front page.**

An immigration inspection was performed on the four individuals, including Enrique Francisco Hernandez-Velarde, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Enrique Francisco Hernandez-Velarde does not possess the proper documentation to enter, pass through, or remain in the United States legally. Further checks revealed that Enrique Francisco Hernandez-Velarde was previously from the United States on February 13, 2024, through El Paso, Texas. **Estrada** was determined to be a United States citizen.

After waiving his *Miranda* rights, **Estrada** stated he met two subjects at a party and talked to them about his struggles and how he needed money quickly. They offered him a solution that consisted of **Estrada** picking up aliens for money -- they told him he could get paid between $1,000 - $1,700. **Estrada** accepted and he was given coordinates of where to pick up the aliens. He drove his father's vehicle from Phoenix toward Sells, Arizona. He stated that when he arrived at the pickup location, he waited a few minutes and the subjects appeared. **Estrada** stated that he unlocked the trunk of his vehicle and instructed two subjects to get in the trunk, and he told the other two to lay low in the back seat. Approximately ten minutes after he picked up the aliens, he was stopped by law enforcement.